**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 517 MAL 2022
            : 
        Respondent          :
            :   Petition for Allowance of Appeal
            :   from the Order of the Superior Court
        v.                 :
            :
            :
ADAM ABDUR-RAHIM,           :
            :
        Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 31st day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.